200815765
(jsb)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT CLEVELAND

IN RE:

Eric M. McCrann
Amy N. McCrann
      Debtors

: Case No. 08-11888

: Chapter 13

: Judge Morgenstern-Clarren

: **WITHDRAWAL OF OBJECTION TO PLAN OF CHASE HOME FINANCE, LLC (Docket# 46) (PROPERTY ADDRESS: 47 EDGEWOOD DRIVE, GRAFTON, OH 44044)**

Now comes Chase Home Finance, LLC, and hereby withdraws its Objection to Plan (docket# 46) previously filed herein with the Court.

Chase Home Finance, LLC hereby reserves its right to renew its Objection in the event that the Plan is not confirmed. If at any time in the future the Plan is amended again, counsel for Chase Home Finance, LLC requests they be served with a copy.

/s/ Michael R. Proctor
Michael R. Proctor
Ohio Supreme Court #0076240
(513) 241-3100 x-3224
LERNER, SAMPSON & ROTHFUSS
Attorneys for Creditor
Romi T. Fox, Attorney
Bar Registration #0037174
P.O. Box 5480
Cincinnati, Ohio 45201-5480
(513) 354-6464 fax
nohbk@lsrlaw.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing Withdrawal of Objection to Plan of the secured creditor, Chase Home Finance, LLC, was electronically transmitted on or about 19th day of December, 2008 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice list:

William J Balena, Esq.
511 W. Broad Street
Elyria, OH 44035
bbalena@mac.com

Craig Shopneck, Trustee
BP Tower
200 Public Square, Suite 3860
Cleveland, OH 44114-2314
chap13shopneck@chap13cleve.com

Office of the U.S. Trustee
Howard Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov

The undersigned certifies that a copy of the foregoing Withdrawal of Objection to Plan of the secured creditor, Chase Home Finance, LLC, was transmitted on or about 19th day of December, 2008 via regular U.S. mail, postage pre-paid:

Eric M. McCrann
13417 Whitehead Road
LaGrange, OH 44050

Amy N. McCrann
13417 Whitehead Road
LaGrange, OH 44050

/s/ Michael R. Proctor
Michael R. Proctor
Ohio Supreme Court #0076240
(513) 241-3100 x-3224
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, Ohio 45201-5480
(513) 354-6464 fax
nohbk@lsrlaw.com