# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DISTRICT

| | |
|---|---|
| IN RE: ) | CASE NO. 08-11888 |
| ) | |
| ERIC M. MCCRANN ) | **JUDGE PAT E. MORGENSTERN** |
| AMY N. MCCRANN ) | **CLARREN** |
| ) | |
| Debtors. ) | **NOTICE SUBSTITUTION** |
| ) | **OF COUNSEL FOR** |
| ) | **STATE OF OHIO, DEPARTMENT** |
| ) | **OF TAXATION** |
| ) | |

*PLEASE TAKE NOTICE THAT* Sean F. Berney of Douglass & Associates Co., L.P.A. now represents State of Ohio, Department of Taxation, with respect to this matter. The undersigned attorney enters his appearance and requests copies of all notices served in this case. All such notices should be addressed as follows:

**Sean F. Berney**
**Douglass & Associates Co., L.P.A.**
4725 Grayton Road
Cleveland, OH  44135

*PLEASE TAKE FURTHER NOTICE* that the undersigned requests not only the notices referred to above, but also, without limitation, notices of any application, complaint, demand, hearing, motion, petition or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to this case.

/s/Sean F. Berney
**Sean F. Berney (0058608)**
*DOUGLASS & ASSOCIATES CO., L.P.A.*
4725 Grayton Road
Cleveland, OH  44135
(216) 362-7777
Fax No. (216) 362-4160
Email: s.berney@douglasslaw.com
*Attorney for State of Ohio,*
*Department of Taxation*

## CERTIFICATE OF SERVICE

  A copy of the foregoing Notice of Substitution of Counsel was mailed by regular U.S. mail, postage prepaid, on this 25th day of September, 2009, to:

    Eric M. McCrann
    34093 Gina Drive
    North Ridgeville, Ohio 44039

    Amy N. McCrann
    34093 Gina Drive
    North Ridgeville, Ohio 44039

  The following parties and all other registered through ECF to receive notice in this case will be served electronically via ECF:

    William J. Balena
    Attorney for Debtors

    Waldemar J. Wojcik
    Chapter 7 Trustee

    Office of the U.S. Trustee

        /s/Sean F. Berney
        **Sean F. Berney (0058608)**
        *Attorney for State of Ohio,*
        *Department of Taxation*

F:\Users\STATE\McCrann_Eric_ntcofsub_bky.wpd